NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY LEE ANDERSON,　　　　　　)
DOC #S33369,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　)　　Case No. 2D18-581
　　　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　　　)
_____　)

Opinion filed August 23, 2019.

Appeal from the Circuit Court for
Manatee County, Brian Iten, Judge.

Howard L. Dimmig, II, Public
Defender, and Pamela H. Izakowitz,
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jenson,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

　　　　　　Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.